UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION ] ] ] ] ] ] | Cause No. 3:05-MD-527 RM (MDL-1700) THIS DOCUMENT RELATES TO ALL CASES |

OPINION AND ORDER

For the reasons stated in open court on September 26 at the first pretrial conference, the court hereby DENIES any pending motion to stay and/or motion for enlargement of time in anticipation of the upcoming scheduling order.

SO ORDERED.

DATED: September 27, 2005

/s/ Robert L. Miller, Jr.
The Honorable Chief Judge
United States District Court

cc: all counsel